**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Bouman, | No. CV-24-00381-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| BMW of North America LLC, | |
| Defendant. | |

On December 17, 2024, Plaintiff filed a Notice of Settlement informing the Court that the parties had resolved all the claims made by the Plaintiff against Defendant, and that a Stipulation of Dismissal would be forthcoming. To date, the case remains pending. Pursuant to LRCiv. 41.1, this matter will soon be subject to dismissal for want of prosecution. In the event that the Stipulation of Dismissal is not filed, this action shall be dismissed on June 17, 2025.

**Accordingly,**

**IT IS ORDERED** that in the event the Stipulation of Dismissal is not filed by June 17, 2025, this action shall be dismissed pursuant to LRCiv. 41.1, without further notice to the parties.

Dated this 29th day of April, 2025.

Honorable Cindy K. Jorgenson
United States District Judge